TIMOTHY P. MURPHY, Esq. (120920)
DOLORES M. DONOHOE, Esq. (111432)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320

Attorneys for Defendants
BRENTWOOD UNION SCHOOL DISTRICT, et al.

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE BURKE, et al. | CASE NO.: 3:15-cv-00286 EDL (MEJ) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| BRENTWOOD UNION SCHOOL DISTRICT, et al. | DATE:  1/15/16<br>TIME:  10:00 a.m.<br>JUDGE:  MAGISTRATE JUDGE<br>MARIA-ELENA JAMES |
| Defendants. | |

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE that defendants MATTHEW DAILEY, JENNIFER WHITNEY and KELLY MANKE be available by telephone for the Settlement Conference in this matter, currently scheduled for January 15, 2016. Defendant, Superintendent DANA EATON will be present.

DATED:   1/07/16                    EDRINGTON, SCHIRMER & MURPHY LLP

By    /s/
      Dolores M. Donohoe
      Attorney for Defendants
      BRENTWOOD UNION SCHOOL DISTRICT,
      MATTHEW DAILY, KELLY MANKE,
      JENNIFER WHITNEY and DANA EATON

///

///

DATED:                          HINTON ALFTER & KAHN LLP

By   /s/_____
     Peter W. Alfert
     Attorney for Plaintiffs,
     NATALIE BURKE and M.B. a minor by and
     through her guardian ad litem, NATALIE BURKE

DATED:

By   /s/_____
     Todd Boley
     Attorney for Plaintiffs,
     NATALIE BURKE and M.B. a minor by and
     through her guardian ad litem, NATALIE BURKE

## ~~PROPOSED~~ ORDER

THE PARTIES HAVING STIPULATED THERETO AND GOOD CAUSE APPEARING THEREFORE, it is hereby granted that defendants MATTHEW DAILEY, JENNIFER WHITNEY and KELLY MANKE be available by telephone for the Settlement Conference currently scheduled for January 15, 2016. Defendant DANA EATON will be present.

IT IS SO ORDERED.

DATED: January 12, 2016          _____
                                 U.S. MAGISTRATE JUDGE
                                 MARIA-ELENA JAMES