1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   NATALIE BURKE, et al.,                    Case No.  15-cv-00286-EDL

12                  Plaintiffs,

13          v.                                 **ORDER MODIFYING CASE
                                               SCHEDULE**
14   BRENTWOOD UNION SCHOOL                     Re: Dkt. No. 85
     DISTRICT, et al.,
15
                    Defendants.
16

17          In light of the Court's Order re-opening discovery, the Court Ordered the parties to meet

18   and confer and file a joint letter explaining their respective positions on how the Court should

19   proceed with the pending summary judgment motion.  The Court has received the parties' joint

20   letter and hereby Orders as follows:

21          •   Plaintiff shall file an Amended Opposition by August 21, 2016;

22          •   Defendant shall file a Reply by August 26;

23          •   A hearing on the Motion for Summary Judgment will be held on September 9 at

24              9:00 a.m.;

25          •   Initial Expert Disclosures shall be made by September 1;

26          •   Rebuttal Expert Disclosures shall be made by September 15;

27          •   The Expert Discovery Cutoff shall be October 5;

28          •   A Pretrial Conference shall be held at 2:00 pm on November 8;

United States District Court
Northern District of California

- Trial shall begin on Tuesday, November 29.

All other deadlines set forth in the Case Management Order (Docket No. 23) remain in effect.

**IT IS SO ORDERED.**

Dated:  July 12, 2016

ELIZABETH D. LAPORTE
United States Magistrate Judge