PETER W. ALFERT, SBN 83139
IAN HANSEN, SBN 255449
**LAW OFFICES OF PETER ALFERT, PC**
200 Pringle Ave., Suite 450
Walnut Creek, California 94596
Telephone: (925) 279-3009
Facsimile: (925) 279-3342

TODD BOLEY, SBN 64119
ZOYA YARNYKH, SBN 258062
**LAW OFFICE OF TODD BOLEY**
2831 Mariner Square Dr., Suite 280
Alameda, CA 94501
Telephone: (510) 836-4500
Facsimile: (510) 649-5170

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE BURKE and M.B., a minor by and through her guardian ad litem NATALIE BURKE,<br><br>Plaintiffs,<br><br>v.<br><br>BRENTWOOD UNION SCHOOL DISTRICT, MATTHEW DAILEY, KELLY MANKE, JENNIFER WHITNEY, DANA EATON, and DOES 1-30,<br><br>Defendants. | No. 3:15-cv-00286 EDL<br><br>STIPULATION AND [PROPOSED] ORDER<br><br>Before Hon. Elizabeth D. Laporte<br><br>TRIAL: May 30, 2017 |

The parties to the above captioned action hereby stipulate by and through their undersigned counsel of record as follows:

**WHEREAS**, on November 22, 2016, the Court entered an Order (Docket 161) modifying the schedule surrounding defendants Motion for Summary Judgment setting the deadline for Plaintiffs' to file their Supplemental Opposition to Defendants' Motion on January 31, 2017, setting the deadline for Defendants to file their Supplemental Reply Brief on February 14, 2017 and setting the hearing on Defendants Motion for Summary Judgment on February 28, 2017; and

**WHEREAS**, after this briefing schedule was set, between December 6, 2016 and January 17,

1  2017, defendant, Brentwood Union School District has produced approximately 20,170 pages of
2  additional ESI to plaintiffs; and
3  **WHEREAS**, the parties continue to meet and confer regarding additional issues relating to the
4  production of responsive ESI;
5  **IT IS HEREBY STIPULATED**, by and between Plaintiffs and Defendants, by and through
6  their respective counsel, that:
7      1. The parties respectfully request that the Court continue the following deadlines as set
8         forth herein:
9          a. Plaintiffs' Supplemental Opposition to Defendants' Motion for Summary
10           Judgment shall be filed on **February ~~14~~ 10, 2017**.
11         b. Defendants' Supplemental Reply Brief shall be filed on **February ~~28~~ 23, 2017.**
12         c. The hearing on Defendants' Motion for Summary Judgment shall be continued
13           to **March 14, 2017**.

| | |
|---|---|
| Date: January 17, 2017 | LAW OFFICES OF PETER ALFERT, P.C. |
| | _Peter W. Alfert /s/_ |
| | PETER W. ALFERT |
| | Attorney for PLAINTIFFS |
| Date: January 17, 2017 | EDRINGTON, SHIRMER & MURPHY LLP |
| | _Dolores Donohoe /s/_ |
| | TIMOTHY MURPHY |
| | DOLORES M. DONOHOE |
| | Attorney for Defendant |
| | BRENTWOOD UNION SCHOOL DISTRICT |
| Date: January 17, 2017 | LEONE & ALBERTS |
| | _Louis Leone /s/_ |
| | LOUIS LEONE |
| | CLAUDIA LEED |
| | Attorney for Defendants |
| | MATTHEW DAILEY, KELLY MANKE, JENNIFER WHTNEY and DANA EATON |

**ORDER** AS MODIFIED

**THE PARTIES HAVING STIPULATED THERETO AND GOOD CAUSE APPEARING THEREFORE**, it is hereby ordered that:

1. The hearing on defendants' Motion for Summary Judgment be continued to **March 14, 2017**;

2. Plaintiffs' Supplemental Opposition to the motion for summary judgment shall be filed ~~on **February 14, 2017; and**~~ by 9:00 a.m. on February 10, 2017; and

3. Defendants' Supplemental Reply to motion for summary judgment shall be filed ~~on **February 28, 2017**.~~ by 9:00 a.m. on February 23, 2017.

DATE: January 17, 2017     

U.S. MAGISTRATE JUDGE ELIZABETH D. LAPORTE